KERI BORDERS (SBN 194015)
  *kborders@kslaw.com*
DALE GIALI (SBN 150382)
  *dgiali@kslaw.com*
REBECCA JOHNS (SBN 293989)
  *rjohns@kslaw.com*
**KING & SPALDING LLP**
633 West Fifth Street, Suite 1600
Los Angeles, California 90071
Telephone:    +1 213 443 4355
Facsimile:    +1 213 443 4310

Attorneys for Defendant
KIND LLC

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JADE BURNETT, individually, and on behalf of others similarly situated, | Case No. 3:26-cv-00440-WHO |
| Plaintiff, | *Hon. William H. Orrick* |
| v. | **STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE ON MOTION TO DISMISS** |
| KIND LLC and KIND FOODS LLC, | |
| Defendant. | N.D. Cal. Civil Local Rule 6-1(b); 6-2 |
| | *[Declaration filed concurrently herewith]* |

STIPULATION AND [PROPOSED]
ORDER RE BRIEFING SCHEDULE

Case No. 3:26-cv-00440 WHO

Pursuant to Civil Local Rules 6-1(b) and 6-2, Plaintiff Jade Burnett ("Plaintiff") and defendant KIND LLC, by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, on March 30, 2026 KIND filed a motion to dismiss;

WHEREAS, accordingly, Plaintiff's opposition is currently due on April 13, 2026, and KIND's reply is currently due on April 20, 2026;

WHEREAS, the Parties require additional time to review the papers and prepare a response that will be most helpful to the Court;

WHEREAS, the Parties conferred and agreed that Plaintiff shall have until April 21, 2026 to file an opposition, and KIND shall have until May 5, 2026 to file a reply;

WHEREAS, the Parties have not previously sought any extensions of time relating to KIND's motion to dismiss; and,

WHEREAS, the extension will not alter the date of any event or deadline already fixed by Court order;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that:

1. Plaintiff shall have until April 21, 2026 to file an opposition to the motion to dismiss;

2. KIND shall have until May 5, 2026 to file a reply; and

3. The hearing on KIND's motion to dismiss shall be set for May 20, 2026 at 2:00 p.m., or for a time thereafter as is convenient for the Court.

Dated: March 30, 2026                     **KING & SPALDING LLP**


By: */s/ Keri E. Borders*
        KERI E. BORDERS
        DALE J. GIALI
        REBECCA B. JOHNS

Attorneys for Defendant
KIND LLC

KING & SPALDING LLP
ATTORNEYS AT LAW
LOS ANGELES

STIPULATION AND [~~PROPOSED~~]
ORDER RE BRIEFING SCHEDULE

Case No. 3:26-cv-00440 WHO

Dated: March 30, 2026                           **KAMBERLAW LLP**


By: */s/ Naomi Beth Spector*
NAOMI BETH SPECTOR

Attorneys for Plaintiff
Jade Burnett


### ATTESTATION

I, Keri E. Borders, hereby attest, pursuant to Civil Local Rule 5-1(h)(3), that concurrence in the filing of this document has been obtained from each signatory.


By:   /s/ *Keri E. Borders*
Keri E. Borders


### [~~PROPOSED~~] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


Dated:  March 30, 2026

Hon. William H. Orrick
United States District Judge

King & Spalding LLP
Attorneys at Law
Los Angeles

STIPULATION AND [PROPOSED]                                Case No. 3:26-cv-00440 WHO
ORDER RE BRIEFING SCHEDULE